IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOLLY SEXTON | § § | CIVIL ACTION NO. 4:15-cv-01356 |
| VS. | § § | |
| WAL-MART STORES TEXAS, LLC and WAL-MART REAL ESTATE BUSINESS TRUST | § § § § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41 (A)(1)(II)**

The parties hereby request the court to sign the attached order acknowledging this stipulation of dismissal with prejudice pursuant to FED. R. CIV. P. 41 (A)(1)(ii) on the grounds that the parties have resolved their controversies.

For these reasons, the parties ask the Court to enter a dismissal with prejudice.

Respectfully submitted,

LAW OFFICES OF BENNIE RUSH

_____
Bennie Rush
SBN: 17400425
FBN: 7902
1300 11th St., Suite 300
Huntsville, TX 77340
Tel: (936) 295-0700
Fax: (936) 295-3330 fax
Email: bennie@bdrushlaw.com

ATTORNEY FOR PLAINTIFF
MOLLY SEXTON

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been sent to all interested counsel on this _20th_ day of _May_, 2016 pursuant to the FEDERAL RULES OF CIVIL PROCEDURE.

Julie C. Warnock
Bush & Ramirez, PLLC
5615 Kirby Drive, Suite 900
Houston, Texas 77005

_____
Bennie Rush