United States District Court
Southern District of Texas
**ENTERED**
May 24, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MOLLY SEXTON | § |
| | § CIVIL ACTION NO. 4:15-cv-01356 |
| VS. | § |
| | § |
| WAL-MART STORES TEXAS, LLC and | § |
| WAL-MART REAL ESTATE BUSINESS | § |
| TRUST | § |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties request as stated in **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (A)(1)(II)**, the Court hereby dismisses this case with prejudice with costs taxed against the party incurring same.

SIGNED _May 24_, 2016.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

LAW OFFICES OF BENNIE RUSH

_____
Bennie Rush
SBN: 17400425
FBN: 7902
1300 11th St., Suite 300
Huntsville, TX 77340
Tel: (936) 295-0700
Fax: (936) 295-3330 fax
Email: bennie@bdrushlaw.com

ATTORNEY FOR PLAINTIFF
MOLLY SEXTON

BUSH & RAMIREZ, PLLC

_____
Julie C. Warnock
SBN: 24063574
FBN: 1107157
5615 Kirby Drive, Suite 900
Houston, Texas 77005
(713) 626-1555 Telephone
(713) 622-8077 Telecopier
Jwarnock.atty@bushramirez.com

ATTORNEYS FOR DEFENDANT,
WAL-MART STORES TEXAS, L.L.C.